SCPW-13-0001863

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent,

vs.

RANDY HANOHANO, Petitioner.

ORIGINAL PROCEEDING
(CR. NO. 09-1-0082)

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of petitioner Randy Hanohano's June 21, 2013 letter to the Honorable Richard W. Pollack, which we filed and review as a petition for a writ of habeas corpus, and the record, it appears that the time to seek further review of the terroristic threatening convictions has passed. See HRAP Rule 40.1(a)(1). To the extent petitioner alleges that his imprisonment is unlawful, petitioner can seek habeas corpus relief in the circuit court and does not present any special reason for the supreme court to invoke its original jurisdiction at this time. See Oili v. Chang, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976). Accordingly,

IT IS HEREBY ORDERED that the clerk of the appellate court shall process the petition for a writ of habeas corpus without payment of the filing fee.

IT IS HEREBY FURTHER ORDERED that the petition for a writ of habeas corpus is denied.

DATED: Honolulu, Hawai'i, July 15, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

